# EXHIBIT A

Printer Date: 2/23/2024

# ORIENTAL AIR TRANSPORT SERVICE INC.

175-41 148 ROAD JAMAICA, NY 11434 Tel: 718 632-0390 Fax: 718 632-0597

Page :1/2

## OUTSTANDING STATEMENT

From : 1/1/1900 To: 1/31/2024

To: **TEKNO PRODUCTS INC.**
201 ROUTE 17 N
SUITE 603
RUTHERFORD NJ 07070
Tel: 201-528-9430   Fax:
Attn:

| Invoice # | Inv. date | House # | Master B/L # | C. Ref. # | Ref. # | Amount | Due $$ |
|---|---|---|---|---|---|---|---|
| OS2230829 | 04/06/2022 | NBLGB2203122 | MATS5315285000 | BKG # 1400/1401 | OSF2204077 | 1200.00 | 1200.00 |
| OS2230778 | 04/06/2022 | NBLGB2203122 | MATS5315285000 | BKG # 1400/1401 | OSF2204077 | 44177.92 | 44177.92 |
| OS2230899 | 04/08/2022 | NBLAX2203080 | CMDUNBLY030555 | BKG # 1395A | OSF2204078 | 2450.00 | 2450.00 |
| OS2230740 | 04/17/2022 | NBLAX2203102 | EGLV143263825940 | BKG # 1399 | OSF2204127 | 13301.46 | 13301.46 |
| OS2231072 | 04/25/2022 | NBLGB2204005 | CMDUNBLY031059 | BKG # 1413 | OSF2204184 | 1750.00 | 1750.00 |
| OS2230872 | 04/25/2022 | NBLGB2204005 | CMDUNBLY031059 | BKG # 1413 | OSF2204184 | 12926.46 | 12926.46 |
| OS2230953 | 04/29/2022 | NBLAX2202033 | MEDUNV858828 | BKG # 1372 | OSF2204050 | 1280.00 | 1280.00 |
| OS2230742 | 04/29/2022 | OTAO2203095 | EGLV140200390802 | BKG # 1402 | OSF2204232 | 12026.46 | 12026.46 |
| OS2230745 | 04/29/2022 | OTAO2203088 | EGLV140200406309 | BKG # 1403 | OSF2204233 | 11951.46 | 11951.46 |
| OS2230950 | 04/30/2022 | NBLAX2202048 | MEDUNV860063 | BKG # 1379 | OSF2204058 | 1095.00 | 1095.00 |
| OS2230826 | 04/30/2022 | NBLAX2203102 | EGLV143263825940 | BKG # 1399 | OSF2204127 | 890.00 | 890.00 |
| OS2230691 | 04/30/2022 | OTAO2203108 | ONEYTA1DN4588800 | BKG # 1408-TAO | OSF2204130 | 12701.46 | 12701.46 |
| OS2230883 | 05/01/2022 | OATO2203109 | ONEYTA1DN4562700 | BKG # 1411 | OSF2205025 | 12526.46 | 12526.46 |
| OS2230884 | 05/01/2022 | OTAO2203113 | ONEYTA1DW3748500 | BKG # 1412 | OSF2205024 | 12901.46 | 12901.46 |
| OS2231074 | 05/01/2022 | OTAO2203113 | ONEYTA1DW3748500 | BKG # 1412 | OSF2205024 | 300.00 | 300.00 |
| OS2230943 | 05/08/2022 | NBLAX2204017 | MEDUIO235713 | BKG # 1398 | OSF2205066 | 11576.46 | 11576.46 |
| OS2231022 | 05/10/2022 | OTAO2204007 | YMLUW240292329 | BKG # 1421 | OSF2205081 | 25502.92 | 25502.92 |
| OS2231033 | 05/14/2022 | NBLAX2204084 | CMDUNBLY031193 | BKG # 1424 | OSF2205075 | 10676.46 | 10676.46 |
| OS2231082 | 05/24/2022 | SZNY22030242 | EGLV149201780330 | BKG # 1419-YAN | OSF2205133 | 13250.00 | 13250.00 |
| OS2231083 | 05/24/2022 | SZNY22030243 | EGLV149201780313 | BKG # 1420-YAN | OSF2205134 | 13250.00 | 13250.00 |
| OS31574 | 07/06/2022 | SZNY22050184 | EGLV149203548973 | BKG # 1437 | OSF2207063 | 11050.00 | 11050.00 |
| OS2231997 | 07/28/2022 | OTAO2207014 | YMLUW235218856 | BKG # 1446 | OSF2207229 | 10158.42 | 10158.42 |
| OS2231999 | 07/28/2022 | OTAO2207015 | YMLUW235218857 | BKG # 1447 | OSF2207230 | 10308.42 | 10308.42 |
| OS2231998 | 07/31/2022 | OTAO2207016 | YMLUW235218858 | BKG # 1448 | OSF2207231 | 10308.42 | 10308.42 |
| OS2232285 | 08/13/2022 | OTAO2207065 | YMLUW235219059 | BKG # 1449 | OSF2208092 | 10408.42 | 10408.42 |
| OS2232159 | 08/23/2022 | SZNY22050390 | EGLV149203521234 | BKG # 1437B | OSF2208091 | 11130.00 | 11130.00 |
| OS2232403 | 09/08/2022 | OTAO2208102 | COSU6341285390 | BKG #1455-20TH SHPT | OSF2209066 | 9493.42 | 9493.42 |
| OS2232406 | 09/08/2022 | OTAO2208100 | COSU6341285020 | BKG #1453-18TH SHPT | OSF2209064 | 8963.42 | 8963.42 |
| OS2232396 | 09/08/2022 | OTAO2208097 | COSU6341283970 | BKG #1450 -15TH SHPT | OSF2209061 | 8413.42 | 8413.42 |
| OS2232399 | 09/08/2022 | OTAO2208099 | COSU6341284630 | BKG #1452-17TH SHPT | OSF2209063 | 8563.42 | 8563.42 |

Printer Date: 2/23/2024

# ORIENTAL AIR TRANSPORT SERVICE INC.

175-41 148 ROAD JAMAICA, NY 11434 Tel: 718 632-0390 Fax: 718 632-0597

Page: 2/2

## OUTSTANDING STATEMENT

From: 1/1/1900 To: 1/31/2024

To: **TEKNO PRODUCTS INC.**
201 ROUTE 17 N
SUITE 603
RUTHERFORD NJ 07070
Tel: 201-528-9430   Fax:
Attn:

| Invoice # | Inv. date | House # | Master B/L # | C. Ref. # | Ref. # | Amount | Due $$ |
|---|---|---|---|---|---|---|---|
| OS2232400 | 09/08/2022 | OTAO2208101 | COSU6341285110 | BKG #1454-19TH SHPT | OSF2209065 | 9278.42 | 9278.42 |
| OS2232402 | 09/08/2022 | OTAO2208098 | COSU6341284570 | BKG #1451-16TH SHPT | OSF2209062 | 8863.42 | 8863.42 |
| OS2232493 | 09/15/2022 | OTAO2208180 | COSU6342149020 | BKG # 1456-22SHPT | OSF2209110 | 8068.42 | 8068.42 |
| OS2232492 | 09/15/2022 | OTAO2208181 | COSU6342175600 | BKG # 1457-21SHPT | OSF2209109 | 8143.42 | 8143.42 |
| OS2232632 | 09/22/2022 | OTAO2208255 | COSU6342929360 | BKG # 1463- SHPT 27 | OSF2209137 | 8913.42 | 8913.42 |
| OS2232633 | 09/22/2022 | OTAO2208224 | YMLUW235219830 | BKG # 1460-25TH SHPT | OSF2209133 | 9288.42 | 9288.42 |
| OS2232658 | 09/22/2022 | OTAO2208254 | COSU6342928930 | BKG # 1461-SHPT #26 | OSF2209138 | 9413.42 | 9413.42 |
| OS2232634 | 09/22/2022 | OATO2208222 | YMLUW235219828 | BKG # 1458-23RD SHPT | OSF2209134 | 9088.42 | 9088.42 |
| OS2232635 | 09/22/2022 | OTAO2208256 | COSU6342929620 | BKG # 1464-28TH SHPT | OSF2209136 | 9213.42 | 9213.42 |
| OS2232801 | 09/22/2022 | OTAO2208223 | YMLUW235219829 | BKG # 1459-24TH SHPT | OSF2209135 | 705.00 | 705.00 |
| OS2232803 | 09/22/2022 | OATO2208222 | YMLUW235219828 | BKG # 1458-23RD SHPT | OSF2209134 | 705.00 | 705.00 |
| OS2232682 | 09/22/2022 | OTAO2208223 | YMLUW235219829 | BKG # 1459-24TH SHPT | OSF2209135 | 9088.42 | 9088.42 |
| OS2232741 | 09/22/2022 | OTAO2208254 | COSU6342928930 | BKG # 1461-SHPT #26 | OSF2209138 | 1205.00 | 1205.00 |
| OS2232673 | 09/26/2022 | OTAO2209029 | COSU6342644630 | BKG # 1466-30TH SHPT | OSF2209150 | 7963.42 | 7963.42 |
| OS2232659 | 09/26/2022 | OTAO2209028 | COSU6342644050 | BKG # 1465-29TH SHPT | OSF2209149 | 7738.42 | 7738.42 |
| OS2232674 | 09/26/2022 | OTAO2209030 | COSU6343148720 | BKG # 1467-31ST SHPT | OSF2209151 | 7963.42 | 7963.42 |
| OS2232738 | 09/30/2022 | OTAO2209029 | COSU6342644630 | BKG # 1466-30TH SHPT | OSF2209150 | 485.00 | 485.00 |
| OS2232740 | 09/30/2022 | OTAO2208256 | COSU6342929620 | BKG # 1464-28TH SHPT | OSF2209136 | 845.00 | 845.00 |
| OS2232802 | 09/30/2022 | OTAO2208224 | YMLUW235219830 | BKG # 1460-25TH SHPT | OSF2209133 | 1095.00 | 1095.00 |
| OS2232736 | 09/30/2022 | OTAO2209030 | COSU6343148720 | BKG # 1467-31ST SHPT | OSF2209151 | 485.00 | 485.00 |
| OS2232737 | 09/30/2022 | OTAO2209028 | COSU6342644050 | BKG # 1465-29TH SHPT | OSF2209149 | 305.00 | 305.00 |
| OS2232739 | 09/30/2022 | OTAO2208255 | COSU6342929360 | BKG # 1463- SHPT 27 | OSF2209137 | 485.00 | 485.00 |
| OS2232683 | 10/07/2022 | OTAO2209070 | YMLUW235220309 | BKG # 1470-34TH SHPT | OSF2210044 | 5993.42 | 5993.42 |
| OS2232684 | 10/07/2022 | OTAO2209068 | YMLUW235220307 | BKG # 1468-32ND SHPT | OSF2210043 | 5993.42 | 5993.42 |
| OS2232685 | 10/07/2022 | OTAO2209069 | YMLUW235220308 | BKG #1469- 33RD SHPT | OSF2210042 | 5993.42 | 5993.42 |
| AS2334268 | 06/21/2023 | SHCHI230622 | 999-6952 6914 | | OA230618 | 9125.75 | 9125.75 |
| OS2334327 | 06/22/2023 | NBLGB2306007 | CMDUNGP0282017 | BKG # 1483 | OSF2306066 | 1835.00 | 1835.00 |
| OS2334459 | 06/28/2023 | SZCA23050149 | ONEYSZPD70665300 | BKG # 1485 | OSF2306068 | 4150.00 | 4150.00 |
| OS2334497 | 07/21/2023 | OTAO2203113 | ONEYTA1DW3748500 | BKG # 1412 | OSF2205024 | -207.00 | -207.00 |
| OS2334569 | 07/24/2023 | SZLA23060109 | MEDUUF534165 | BKG # 1490 | OSF2307060 | 2682.42 | 2682.42 |

$469437.23   $469437.23